FILED
2012 Oct-29 PM 02:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| **ZACHARY SKINNER** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. CV-11-S-861-NW** |
| | ) | |
| **TENNESSEE VALLEY** | ) | |
| **AUTHORITY, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER OF DISMISSAL**

The parties having notified the court that all claims embraced herein have been resolved by settlement, it is ORDERED that all claims be DISMISSED with prejudice, but upon this condition: if plaintiff does not receive the full proceeds of settlement within a reasonable period of time, not to exceed 45 days from this date, it may petition the court to reinstate this action, and such reinstatement shall relate back to the original date of filing. The clerk is directed to close this file. Costs are taxed as paid.

DONE this 29th day of October, 2012.

United States District Judge